UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

12 MAY -9 PM 4:09

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>   vs.<br><br>MICHAEL EUGENE STEWART,<br><br>                  Defendant. | CASE NO. 12-CR-00461-H<br><br>JUDGMENT OF DISMISSAL |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

18:2252(a)(2) - Distribution of Images of Minors Engaged in Sexually Explicit Conduct (1)

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 5/9/12

David H. Bartick
U.S. Magistrate Judge